1  JOSHUA J. CLIFFE, Bar No. 215390
   jcliffe@littler.com
2  WILLIAM A. COSMOPULOS, Bar No. 312908
   bcosmopulos@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, CA 94104
   Telephone: 415.433.1940
5  Facsimile: 415.399.8490

6  Attorneys for Defendant
   AMERICAN ORTHODONTICS CORPORATION
7
   MARK P. VELEZ, Bar No. 163484
8  velezlaw@live.com
   THE VELEZ LAW FIRM, P.C.
9  3010 Lava Ridge Court, Suite 180
   Roseville, CA 95661
10 Telephone: 916.774.2720
   Facsimile: 916.774.2730
11
   Attorney for Plaintiff
12 DAVID C. BARNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID C. BARNEY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN ORTHODONTICS CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 4:18-cv-03653-HSG<br><br>**SECOND REVISED JOINT DISCOVERY PLAN AND ORDER**<br><br>Hearing Date: Sept. 25, 2018<br>Time: 2:00 p.m.<br>Courtroom 2 – 4th Floor<br><br>Trial Date: No date set<br>Complaint Filed: November 13, 2017 |
|---|---|

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 4:18-cv-03653-HSG          SECOND REVISED JOINT DISCOVERY PLAN
                                                                AND ORDER

Plaintiff David C. Barney ("Plaintiff") and Defendant American Orthodontics Corporation ("Defendant") (together, the "Parties") jointly submit this Revised Discovery Plan pursuant to the Court's September 27, 2018 Order (ECF 19).

**1. SETTLEMENT AND ADR**

The Parties have discussed and have agreed to private mediation with Jeffrey Ross, to take place on March 19, 2019.

**2. SCHEDULE**

After meeting and conferring, the Parties propose the following case management deadlines. The Parties propose that expert disclosures should follow the dispositive motion hearing date.

| Event | Proposed Deadline |
| --- | --- |
| Non-expert discovery cut-off | May 3, 2019 |
| Last day for dispositive motion hearing | July 18, 2019 |
| Designation of experts | August 1, 2019 |
| Designation of rebuttal experts | August 30, 2019 |
| Expert-discovery cut-off | September 27, 2019 |
| Final Pretrial Conference | October 15, 2019 |
| Trial | October 29, 2019 |

Dated: October 9, 2018

*/s/ William A. Cosmopulos*
JOSHUA J. CLIFFE
WILLIAM A. COSMOPULOS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AMERICAN ORTHODONTICS
CORPORATION

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 4:18-cv-03653-HSG    2.    SECOND REVISED JOINT DISCOVERY PLAN AND ORDER

Dated: October 9, 2018

                                        */s/ Mark P. Velez*
MARK P. VELEZ
THE VELEZ LAW FIRM, PC
Attorney for Plaintiff
DAVID C. BARNEY

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ William A. Cosmopulos*
WILLIAM A. COSMOPULOS

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 4:18-cv-03653-HSG    3.    SECOND REVISED JOINT DISCOVERY PLAN AND ORDER

## CASE MANAGEMENT ORDER

The above JOINT DISCOVERY PLAN is approved for this case and all parties shall comply with its provisions.

IT IS SO ORDERED except the first day of trial will be Monday, October 28, 2019 at 8:30 a.m.

Dated: October 10, 2018

_____
HON. HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE

FIRMWIDE:158370707.1 094262.1004